UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL J. STRYCHARSKE, et al.,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. CR14-0232JLR<br><br>ORDER DENYING REQUEST FOR CONSIDERATION |

This matter comes before the court upon Petitioners Daniel J. Strycharske and Jesse D. Kaplan's (collectively, "Petitioners") request for consideration. (Request (Dkt. # 122).) Petitioners request that the court amend the standard conditions of their supervised release to "allow them to cohabitate." (*Id.* at 1.)

Given Petitioners' prior decision-making and conduct while roommates, the court

//

//

//

ORDER - 1

finds that allowing them to live together while on supervised release is not a good idea.

Accordingly, the request is DENIED (Dkt. # 122).

Dated this 30th day of January, 2018.

JAMES L. ROBART
United States District Judge