Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL STRYCHARSKE,<br><br>Defendant. | NO. CR14-0232JLR<br><br>ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO WITHDRAW VIOLATION PETITION |

This matter comes before the Court on the United States' unopposed motion to withdraw the supervised release violations alleged in the petition dated October 3, 2018 (Dkt. # 124) alleging that Defendant Daniel Strycharske violated conditions of supervision by 1) failing to perform community service, 2) failing to notify of change of address, and 3) associating with a convicted felon.

Having reviewed the petition, the motion, and being otherwise fully advised, now, therefore it is hereby

ORDERED that the violation petition dated October 3, 2018 (Dkt. #124) is hereby withdrawn, without prejudice. The initial appearance set for January 4, 2019, is hereby stricken.

Order to Withdraw Petition - 1
*United States v. Strycharske,* CR14-232JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  ORDERED that Defendant remains subject to all supervised release conditions
2  previously imposed in the amended judgment dated October 15, 2015 (Dkt. #111).
3  DATED this 26th day of December, 2018.

_____
JAMES L. ROBART
United States District Judge

Presented by:

*/s/ Vincent T. Lombardi*
VINCENT T. LOMBARDI
Assistant United States Attorney

Order to Withdraw Petition - 2
*United States v. Strycharske,* CR14-232JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970